# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **ILLINOIS, EASTERN DIVISION**

UNITED STATES OF AMERICA

v.

FIDEL URBINA

(Name and Address of Defendant)

**FILED**
MAY 31 2012
5-31-2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE FINNEGAN**

**CRIMINAL COMPLAINT**

CASE NUMBER:

# 12CR0405

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 21, 1998** in **Cook** county, in the **Northern** District of **Illinois** defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of Aggravated Criminal Sexual Assault

in violation of Title **18** United States Code, Section(s) **1073**.

I further state that I am a(n) **FBI Special Agent** and that this complaint is based on the following
            *Official Title*
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:  ■ Yes  ___ No

Signature of Complainant
**P. Araya**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 31, 2012                                    at    Chicago, Illinois
Date                                                  City and State

Sheila Finnegan, United States Magistrate Judge
Name & Title of Judicial Officer               Signature of Judicial Officer

**STATE OF ILLINOIS** )
                               ) **ss**
**COUNTY OF COOK** )

## A F F I D A V I T

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for nearly seventeen years. I am currently assigned to the FBI Chicago Division as the Fugitive Coordinator and as such, am familiar with fugitive investigations. The information contained in this affidavit was obtained through my own investigation.

2. On July 20, 1999, a criminal complaint was filed against LORENZO MAES in case 99 CR 527 for the same offense conduct contained in this affidavit. On that same date, the Honorable Martin C. Ashman issued an arrest warrant for MAES. A copy of the affidavit, complaint and arrest warrant for case 99 CR 527 are attached to this affidavit and incorporated by reference.

3. Since the time original complaint was filed in 1999, further information came to light indicating that LORENZO MAES was an alias name. This affidavit is offered in support of a complaint and arrest warrant in order to charge FIDEL URBINA under his true name.

FURTHER AFFIANT SAYETH NOT.

_____
P. ARAYA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before
me this 31st day of May, 2012

_____
Sheila Finnegan
United States Magistrate Judge

AO 442 (Rev. 12/85) Warrant for Arrest  Special AUSA Michael F. Pavia 786-2652

# United States District Court

__NORTHERN__ DISTRICT OF __ILLINOIS__

MAGISTRATE JUDGE ASHMAN

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**LORENZO MAES**

CASE NUMBER: **99CR527**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LORENZO MAES__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  **X Complaint**  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

that on or about 10/21/98, at Chicago, Illinois, and elsewhere in the Northern District of Illinois, Eastern Division, LORENZO MAES, Defendant herein, did move and travel in interstate commerce to avoid prosecution for the Illinois felony of aggravated criminal sexual assault, in violation of Title 18, United States Code, Section 1073

in violation of Title __18__ United States Code, Section(s) __1073__

__MARTIN C. ASHMAN__
Name of Issuing Officer

__United States Magistrate Judge__
Title of Issuing Officer

_____
Signature of Issuing officer

__July 20, 1999   Chicago, Illinois__
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint     Special AUSA Michael F. Pavia   786-2652

# United States District Court

__NORTHERN__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.    **RECEIVED**    CRIMINAL COMPLAINT

**LORENZO MAES**

JUL 20 1999

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

CASE NUMBER **99CR527**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __10/21/98__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of aggravated criminal sexual assault

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
                                              Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**JOSEPH STILLER**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__July 20, 1999__      at __Chicago, IL__
Date                                                                  City and State

__MARTIN C. ASHMAN    United States Magistrate Judge__                            
Name & Title of Judicial Officer                                                  Signature of Judicial Officer

STATE OF ILLINOIS   )
                    )  ss
COUNTY OF COOK      )

## AFFIDAVIT

I, JOSEPH STILLER, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for over sixteen years. I am assigned to the FBI Fugitive Task Force and am familiar with fugitive investigations. The information contained in this affidavit was obtained through my own investigation.

2. On March 1, 1998, DIANA VAZQUEZ was sexually assaulted in Chicago, Illinois. Investigation by the Chicago Police Department (CPD) developed LORENZO MAES as a suspect in this assault. MAES was arrested and charged in the Circuit Court of Cook County with multiple felony counts of aggravated criminal sexual assault. He was released on a $70,000 bond.

3. On October 27, 1998, MAES failed to appear for a court date regarding the sexual assault charges. On that date, the Circuit Court of Cook County issued a warrant for his arrest, a copy of which is attached to this affidavit.

4. MAES was born in Durango, Mexico, and is not a citizen of the United States. On November 17, 1998, the Immigration Court in Chicago, Illinois, ordered him deported in absentia. MAES failed to appear for his deportation in January, 1999.

5. On April 2, 1999, I interviewed ANITA DELGADO, who has at least one child by MAES and lived with him for a year beginning in November, 1997. She said that in October, 1998, MAES left the residence and she has not seen him since. She told me it was possible he was in Mexico. I know from reviewing CPD reports that the CPD interviewed DELGADO regarding a murder that MAES is a suspect in. That murder occurred after he was released on bond on the aggravated criminal sexual assault charge. At that time, DELGADO told the CPD that MAES told her on October 21, 1998, that he was going back to Mexico.

6. Based on the information contained in this affidavit, I believe LORENZO MAES fled the State of Illinois to avoid prosecution for the felony of aggravated criminal sexual assault

7. The Cook County State's Attorney will extradite MAES when he is apprehended.

JOSEPH STILLER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed
before me on this 20th
day of July, 1999

MARTIN C. ASHMAN
United States Magistrate Judge

ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

:ommand you to arrest (Defendant) LORENZO MAES                                         for the offense of
(Chapter) 720     (Section) 5/12-14(A)(2)
               (Description) AGG CRIM SEX ASLT/BODILY
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook
County at (Location) 26TH & CALIFORNIA                                                 (Room) 504
               2600 SOUTH CALIFORNIA
               CHICAGO, IL 60608
at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant
is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is
made.

)GRAPHICAL LIMITATIONS                              Issued in Cook County 10/27/1998
                                                    Bail fixed at $ -- NO BAIL --
) Cook County only
) Cook, Lake, McHenry, Kane, DuPage & Will Counties
) State wide
) Other                                             Judge _____ Code 0294

==========================================================================================================

ess: Aurelia Pucinski, Clerk of the Court and seal thereof, 10/27/1998
k of the Circuit Court _____ By Deputy Clerk _____

==========================================================================================================

INFORMATION AND DESCRIPTION OF DEFENDANT

    LORENZO MAES
s
dence 2156 W 18TH ST                  City CHGO IL              State         Zip 60608

| Race | Height | Weight | D.O.B. | Age | Complxn | Build | Forfeited Bond Number |
|------|--------|--------|--------|-----|---------|-------|-----------------------|
|      |        |        |        |     |         |       | 000000000             |

)01209747  |CB 010996923 |FBI 362811FB2 |SID 00039718160 |SS: 000000000 |DL

lainant's Name
ess                                     City                    State         Zip

sting Officer                                Star No. 00000
cy/Unit CHICAGO POLICE DEPT


Audit by:        _____     Prepared by: MONTGOMERY, KITURAH
Team Manager:    _____     Printed:     10/27/1998 10:42:25
States Atty:     _____     System:      GCPK.D056.JA02.YCI

        CLERK OF THE CIRCUIT COURT OF COOK COUNTY