# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sheila Finnegan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 405 - 1 | **DATE** | 5/31/2012 |
| **CASE TITLE** | USA vs. Fidel Urbina | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued to FBI agent as to defendant, Fidel Urbina.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|